1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**MARIA SANCHEZ**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | ) | **CASE NO. 1:07-CR-00334-AWI** |
|---|---|---|
| | ) | |
11 | | ) | **STIPULATION TO CONTINUE** |
| Plaintiff, | ) | **SENTENCING** |
12 | | ) | |
| v. | ) | |
13 | | ) | |
| MARIA SANCHEZ | ) | |
14 | | ) | |
| Defendant. | ) | |
15 | _____ | ) | |

16
    Defendant, MARIA SANCHEZ, by and through his counsel of record, NICHOLAS
17
F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of
18
record, STANLEY BOONE, Assistant United States Attorney for the Eastern District of
19
California, hereby stipulate that the sentencing in the above-referenced case currently
20
scheduled for Monday, December 22, 2008, at 9:00 a.m. be continued to Tuesday, February
21
17, 2009 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.
22
///
23
///
24
///
25
///
26
///
27

28

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 12-17-08                    /s/ Nicholas F. Reyes
                                    NICHOLAS F. REYES
                                    Attorney for Defendant
                                    MARIA SANCHEZ

**IT IS SO STIPULATED**

Dated: 12-17-08                    /s/ Stanley Boone
                                    STANLEY BOONE
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   December 17, 2008            /s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE