LAWRENCE G. BROWN
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-cr-00334 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| MARIA SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Nicholas F. Reyes, Attorney for Defendant, MARIA SANCHEZ, that the Sentencing Hearing presently set for March 16, 2009, at 9:00 a.m., may be continued to March 23, 2009, at 9:00 a.m.

////
////
////
////
////
////

1

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 12, 2009              By     /s/ Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney

DATE: March 12, 2009               By     /s/ Nicholas F. Reyes
                                          NICHOLAS F. REYES
                                          Attorney for Defendant Maria Sanchez

## ORDER

It is hereby ordered that the Sentencing Hearing currently set for March 16, 2009, at 9:00 a.m. may be continued to March 23, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 12, 2009**               /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE